UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HANNIBAL TAYLOR,

    **Plaintiff,**

vs.                                                                    Case No. 8:08-CV-1188-T-27TBM

VERIZON FLORIDA, INC. et al.,

    **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 4) recommending that Plaintiff's Complaint (Dkt. 1) be dismissed without prejudice and that ruling on Plaintiff's Application to Proceed *in forma pauperis* (Dkt. 2) be deferred pending Plaintiff's filing of an amended complaint. Plaintiff has filed Objections to the Report and Recommendation (Dkt. 6).

Following a thorough analysis, the Magistrate Judge correctly determined that Plaintiff's Complaint, even when liberally construed, is a "shotgun" pleading as that term is defined by the Eleventh Circuit Court of Appeals. *See Davis v. Coca-Cola Bottling Co. Consol.*, 516 F.3d 955 (11th Cir. 2008). Accordingly, the Complaint is due to be dismissed with leave to amend. Should Plaintiff file an Amended Complaint, Plaintiff shall adhere to the standards of federal pleading set forth in the Report and Recommendation.

Upon consideration, and after careful consideration of the Report and Recommendation and Plaintiff's Objections, in conjunction with an independent examination of the file, the Court is of the

opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1)   The Report and Recommendation (Dkt. 4) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

2)   Plaintiff's Complaint (Dkt. 1) is dismissed without prejudice.

3)   Plaintiff shall file an Amended Complaint within **thirty (30) days** of the date of this Order.

4)   Ruling on Plaintiff's Application to Proceed *in forma pauperis* (Dkt. 2) is **DEFERRED** for consideration by the Magistrate Judge pending Plaintiff's filing of the Amended Complaint.

**DONE AND ORDERED** in chambers on this 28th day of July, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Plaintiff
Counsel of Record